# United States District Court
### Northern District of New York
## JUDGMENT IN A CRIMINAL CASE

**UNITED STATES OF AMERICA,**

   **V.**   **CASE NUMBER: 5:07-CR-546 (FJS)**

**MATTHEW F. KUBICK**

[X] Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED;** The sum of $7,000.00 in United States currency is awarded to the claimant Matthew D. Kubick, by and through his attorney, Bartle J. Gorman, upon the sale of the real property located at 4825 Highmarket Road, Constableville, N.Y., pursuant to the Stipulated Settlement Agreement and Order of Forfeiture entered on April 3, 2009 by the Honorable Frederick J. Scullin.

April 6, 2009      LAWRENCE K. BAERMAN

**DATE**         **CLERK OF COURT**

            s/

            **DONNA M. FRANCISCO**
            **DEPUTY CLERK**